IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Christopher J. Cummings,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Detective Christopher Lyons;<br>Sheriff Anthony Dennis; Captain<br>Wheeler Sweat,<br><br>　　　　　Defendants. | C/A No.: 1:22-3638-DCC-SVH<br><br><br><br><br>ORDER |

　　　　Christopher J. Cummings ("Plaintiff") filed this matter on October 20, 2022. On June 5, 2023, Defendants filed motions for summary judgment. [ECF Nos. 29, 30]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motions and of the need for him to file adequate responses by June 7, 2023. [ECF No. 31]. Plaintiff was specifically advised that if he failed to respond adequately, the motions may be granted.

　　　　Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to Defendants' motions. As such, it appears to the court that he does not oppose the motions and wishes to abandon this case. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file responses

to the motions by July 25, 2023. Plaintiff is further advised that if he fails to respond, the undersigned will recommend this case be dismissed for failure to prosecute. See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

July 11, 2023  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge